**No. 59785.**—Hudson Shipping Co., Inc. v. United States, protest 247156–K (A) (New York).

Opinion by LAWRENCE, J.   An examination of the record showing nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

BEFORE THE THIRD DIVISION, MARCH 22, 1956

**No. 59786.**—Kaufmann Department Stores Co. et al. v. United States, protests 187549–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.   The case having been abandoned insofar as it relates to entry 901179 of protest 194715–K, to that extent it was dismissed.

**No. 59787.**—The Keepnews Co. v. United States, protest 240520–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figurines similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

MARCH 16, 1956

**No. 59788.**—Consumers Import Co., Inc. v. United States, protest 71839–K. Protest abandoned March 1, 1956. (Not published.) (Initial No. 222852–K.) Plaintiff's application for rehearing granted.